**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-6410

---

ROBERT WILSON,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Marvin J. Garbis, District Judge. (CA-98-3640-MJG)

---

Submitted:  October 21, 1999          Decided:  October 27, 1999

---

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Wilson, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Wilson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Wilson's motion for leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Wilson v. United States, No. CA-98-3640-MJG (D. Md. Mar. 5, 1999). We grant the motion to submit attachments and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2